# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCCAIN, et al., | ) |
| Plaintiffs, | ) |
| | ) NO. 3:22-cv-00209 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| BLUFF CREEK ELECTRIC, LLC, et al., | ) MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 9). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE